# United States District Court
## Eastern District of Wisconsin

Chambers of　　　　　　　　　　　　　　　517 E. Wisconsin Avenue
William E. Duffin　　　　　　　　　　　　Milwaukee, Wisconsin 53202
United States Magistrate Judge　　　　　　　　414-297-3188

August 21, 2020

Brandon M. Krajewski
Kevin M. Long
Quarles & Brady LLP
411 East Wisconsin Avenue - Suite 2400
Milwaukee, Wisconsin 53202

Jonathan R. Schofield
Michael Anderson
Victoria Luman
Parr Brown Gee & Loveless, P.C.
101 South 200 East - Suite 700
Salt Lake City, Utah 84111

Timothy M. Hansen
James F. Cirincione
Hansen Reynolds LLC
301 North Broadway Street - Suite 400
Milwaukee, Wisconsin 53202

　　　　Re:　Marquette University v. Kuali, Inc.
　　　　　　　Case No. 20-cv-954

Dear Counsel:

　　　　The above entitled action has been assigned to this court for all further proceedings. Each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist the court in conducting the Rule 16 conference, your Rule 26(f) report to the court should contain the following additional information:

1. A brief description of the nature of the case, including a statement regarding the basis of subject matter jurisdiction.
2. Whether the parties contemplate amending the pleadings, by joining parties or for other reasons.
3. Any motions which are contemplated at this time.
4. Such other matters as may affect the scheduling of this case for final disposition.

The court will conduct the Rule 16 conference at **11:00 a.m. (CT) on September 11, 2020.** In addition to the matters set forth above, the parties shall be prepared to discuss the matters set forth in Civ. L.R. 16(a)(1). Your Rule 26(f) report shall be electronically filed with the court no later than **September 4, 2020.**

The court routinely conducts a Rule 16 conference by way of telephone. The parties shall call the court's conference line at 888-278-0296 and use access code 8322317# to join the call.

Very truly yours,

William E. Duffin
U.S. Magistrate Judge